WWR# 07305068

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Nathanial J. Henderson

           Debtor,

Case No.  08-10316
Chapter 13
Hon. A. Benjamin Goldgar

_____/

### NATIONAL CITY BANK'S STATEMENT OF POST-PETITION OBLIGATIONS

    Now comes National City Bank, by and through counsel, Monette W. Cope, and makes this statement of outstanding post petition obligations on its mortgage and note secured by the real estate commonly know as 1322 S. Claremont Ave., Chicago, IL 60608.

1. Payments due:

| DATE | PAYMENT |
|---|---|
| May 22, 2008 | $257.70 |
| June 22, 2008 | $257.70 |
| July 22, 2008 | $257.70 |
| August 22, 2008 | $257.70 |
| September 22, 2008 | $257.70 |
| October 22, 2008 | $257.70 |
| November 22, 2008 | $257.70 |
| December 22, 2008 | $257.70 |
| January 22, 2009 | $257.70 |
| February 22, 2009 | $257.70 |

May, 2008 through February, 2009 payments at $257.70 each for a total of $2,577.00

Total Amount Due: $2,577.00

                                        Respectfully submitted,

                                      **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: March 2, 2009                    By:  <u>/s/ Monette Cope</u>
                                                  Monette Cope
                                                  180 N. LaSalle Street, Suite 2400
                                                  Chicago, IL 60601
                                                  Phone:  312-253-9635
                                                  Fax: 312-782-4201
                                                  ARDC #6198913
                                                  Attorney for Creditor
                                                  National City Bank

## PROOF OF SERVICE

Creditor National City Bank filed a Statement of Post-Petition Obligation. All parties were served a copy of the statement on <u>March 2, 2009.</u>  The statement was served upon Debtor(s) by depositing the same in the U.S. Mail at 180 N. LaSalle Chicago, Illinois postage prepaid addressed below.  The remaining parties were served by the Court's CM/ECF electronic noticing.

    Nathanial J. Henderson
    1322 S. Claremont Ave.
    Chicago, IL 60608

    Terrance S. Leeders
    Attorney for Debtor
    20 E. Jackson Blvd, Ste., 850
    Chicago, IL 60604

    Marilyn O. Marshall
    Chapter 13 Trustee
    224 South Michigan Avenue, Suite 800
    Chicago, IL  60604

    Respectfully submitted,

    **WELTMAN, WEINBERG & REIS CO., L.P.A.**

    By:  <u>/s/ Monette Cope</u>
         Monette Cope
         Attorney for Creditor
         National City Bank